PO Bushma MRI, Providence

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER (*Tran. Court*)<br>08 CR 94 | |
| | | DOCKET NUMBER (*Rec. Court*)<br>08-CR-50 S | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Carolos Garcia-Benitez<br>142 Fourth Ave, Unit F301<br>Woonsocket, RI 02895 | DISTRICT<br>Illinois Northern | DIVISION<br>Probation | |
| | NAME OF SENTENCING JUDGE<br>Richard J. Arxara | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>9/10/07 | TO<br>9/9/12 |

OFFENSE

Conspiracy to Possess with [illegible] to Distribute 5 Kilograms or More of Cocaine and 1 Kilogram or more of Herioin, in violation of Title 21, USC 841 (a)(1), 841(b)(1)(A) and 851, all in violation of Title 21, USC 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Northern District of Illinois"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Rhode Island** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 23, 2008
*Date*

James B. Moran
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Rhode Island

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 23, 2008
*Effective Date*

Mary M. Lisi
*United States District Judge*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUN 19 2008

3