# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00033-RJA-HBS-1
## Internal Use Only

Case title: USA v. Benitez-Garcia, et al

Date Filed: 02/12/2003
Date Terminated: 08/30/2007

---

Assigned to: Hon. Richard J. Arcara
Referred to: Hon. Hugh B. Scott

**Defendant**

**Carlos Garcia-Benitez** (1)
*TERMINATED: 08/30/2007*
*also known as*
Joel Gonzalez
*TERMINATED: 08/30/2007*
*also known as*
Yani
*TERMINATED: 08/30/2007*

represented by **Paul G. Dell**
Law Office of Paul G. Dell
70 Niagara Street
Buffalo, NY 14202
716-362-1156
Fax: 716-984-8095
Email: pgdell@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Joel L. Violanti**
(See above for address)

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1ss) | Court sentenced Defendant to the Custody of the Bureau of Prisons for a term of 63 months; 5 years Supervised Release with standard and special conditions; fine waived; Defendant shall pay $100.00 mandatory assessment. Defendant remanded. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | dismissed |

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By Denise Collins
Deputy Clerk

| | |
|---|---|
| (1) | |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1s) | dismissed |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | dismissed |
| 21:841C=CD.F CONTROLLED SUBSTANCE-SELL, DISTRIBUTE, OR DISPENSE (2s) | dismissed |
| CONTROLLED SUBSTANCE - POSSESSION (2ss) | dismissed |
| 21:841B=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (3s) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**

represented by **Joel L. Violanti**
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716-843-5854
Fax: 716-551-3052
Email: joel.l.violanti@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J. Karaszewski**
U.S. Attorney's Office
Federal Centre

138 Delaware Avenue
Buffalo, NY 14202
716-843-5837
Fax: 716-551-5563
Email: joseph.j.karaszewski@usdoj.gov
*TERMINATED: 10/23/2006*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2003 | 1 | SEALED INDICTMENT as to Carlos Benitez-Garcia (1) count(s) 1, 2, Jose Borea (2) count(s) 1, 2, 3, Joel Navarro (3) count(s) 1, Jose Castro (4) count(s) 1, Jose Santiago (5) count(s) 1, Ismael Colon (6) count(s) 1, Oscar Romero (7) count(s) 1, 2, Edwin Cruz (8) count(s) 1, Manuel Garcia (9) count(s) 1, Arlene Burgos (10) count(s) 1, Aramis Ramirez (11) count(s) 1, Jose Santiago (12) count(s) 1, Jose Rodriguez (13) count(s) 1, Aneudi Gomez (14) count(s) 1, 3, Jose R. Masso-DeJesus (15) count(s) 1, 3, Pedro DeJesus (16) count(s) 1, Omar Lao (17) count(s) 1, Daniel Rivera (18) count(s) 1, Lisbelia Cruz (19) count(s) 1 (DMS) (Entered: 02/13/2003) |
| 02/12/2003 | | (Court only) **Added Government Attorney Joseph James Karaszewski as to Carlos Benitez-Garcia, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Jose Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz (DMS) (Entered: 02/21/2003) |
| 02/13/2003 | | Indictment unsealed as to Carlos Benitez-Garcia, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Jose Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz (DMS) (Entered: 02/13/2003) |
| 02/19/2003 | 2 | ORDER REFERRING CASE to USMJ Hugh B. Scott as to Carlos Benitez-Garcia, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Jose Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, and Lizbelia Cruz for all pre-trial matters and thereafter filing a report and recommendation for disposition ( Signed by Chief USDJ Richard J. Arcara ) Notice and copy to all counsel of record (DMS) (Entered: 02/19/2003) |
| 02/19/2003 | | CASE REFERRED to USMJ Hugh B. Scott (DMS) (Entered: 02/19/2003) |
| 02/21/2003 | 35 | Rule 40 Documents as to Carlos Benitez-Garcia received from U.S. District Court-District of Maryland (DMS) (Entered: 02/21/2003) |
| 02/21/2003 | | ARREST of Carlos Benitez-Garcia in Maryland (DMS) (Entered: 02/21/2003) |

| | | |
|---|---|---|
| 03/03/2003 | 67 | Arrest WARRANT Returned Executed as to Carlos Benitez-Garcia on 2/12/03 (DMS) (Entered: 03/04/2003) |
| 03/17/2003 | 100 | Arraignment as to Carlos Benitez-Garcia held; defendant informed of charges and potential penalties. Defendant advised of rights. Court enters not guilty plea on behalf of defendant. Defendant provisionally qualifies for court appointed counsel. Appearance of counsel set for 03/19/03 at 02:30 p.m. - cour grants Government's motion for temporary detention - HBS (DMS) (Entered: 03/26/2003) |
| 03/19/2003 | 101 | Appearance of Counsel for Carlos Benitez-Garcia by Paul G. Dell who accepts CJA assignment. Case continued to 03/25/03 at 09:00 a.m. for detention hearing - defendant remanded - HBS (DMS) (Entered: 03/26/2003) |
| 03/19/2003 | | (Court only) **Location LC as to Carlos Benitez-Garcia (DMS) (Entered: 03/26/2003) |
| 03/25/2003 | 116 | Detention hearing as to Carlos Benitez-Garcia scheduled but not held; defense counsel requests brief adjournment. Hearing reset to 04/08/03 at 04:30 p.m. - time excluded - defendant remanded - HBS (DMS) (Entered: 04/01/2003) |
| 03/25/2003 | | Detention hearing as to Carlos Benitez-Garcia set for 4:30 4/8/03 HBS (DMS) (Entered: 04/01/2003) |
| 03/25/2003 | | Deadline updated as to Carlos Benitez-Garcia, to exclude time Excludable type XH Started on 03/25/03 Stopped on 04/08/03 (DMS) (Entered: 04/01/2003) |
| 03/25/2003 | | (Court only) **Location LC as to Carlos Benitez-Garcia (DMS) (Entered: 04/01/2003) |
| 04/08/2003 | 117 | CJA 20 as to Carlos Benitez-Garcia : Appointment of Attorney Paul Dell Voucher # 030326000142 ( Signed by USMJ Hugh B. Scott ) (JMD) (Entered: 04/11/2003) |
| 04/08/2003 | 121 | Detention hearing as to Carlos Benitez-Garcia continued; defendant will not contest government's motion for detention at this time. Detention order will issue. Defendant remanded. Status conference set for 04/21/03 at 02:00 p.m. Time excluded in the interests of justice which outweigh the interests of the public and the defendant in a speedy trial - HBS (DMS) (Entered: 04/16/2003) |
| 04/08/2003 | | Status conference as to Carlos Benitez-Garcia set at 2:00 4/21/03 HBS (DMS) (Entered: 04/16/2003) |
| 04/08/2003 | | Deadline updated as to Carlos Benitez-Garcia, to Continue in Interests of Justice Time Excluded from 04/08/03 to 04/21/03 (DMS) (Entered: 04/16/2003) |
| 04/29/2003 | 124 | Status conference as to Carlos Benitez-Garcia, et al., held. Government shall provide voluntary discovery. Case continued to 8/12/3 at 10:00am. Time |

| | | |
|---|---|---|
| | | ...ay; ... Paul excluded. HBS (JMD) (Entered: 05/09/2003) |
| 04/29/2003 | | Deadline updated as to Carlos Benitez-Garcia, et al., to Continue in Interests of Justice Time Excluded from 4/29/3 to 8/12/3 , set Status Conference for 10:00am on 8/12/03 . (JMD) (Entered: 05/09/2003) |
| 04/29/2003 | 126 | SUPERSEDING INDICTMENT as to Carlos Benitez-Garcia (1) count(s) 1s, 2s, 3s, Jose Borea (2) count(s) 1s, 2s, Joel Navarro (3) count(s) 1s, Jose Castro (4) count(s) 1s, Jose Santiago (5) count(s) 1s, Ismael Colon (6) count(s) 1s, 4s, Oscar Romero (7) count(s) 1s, 2s, Edwin Cruz (8) count(s) 1s, Manuel Garcia (9) count(s) 1s, Arlene Burgos (10) count(s) 1s, Aramis Ramirez (11) count(s) 1s, Jose Santiago (12) count(s) 1s, Jose Rodriguez (13) count(s) 1s, Aneudi Gomez (14) count(s) 1s, 3s, Jose R. Masso-DeJesus (15) count(s) 1s, 3s, Pedro DeJesus (16) count(s) 1s, Omar Lao (17) count(s) 1s, Daniel Rivera (18) count(s) 1s, 5s, Lizbelia Cruz (19) count(s) 1s, Jose A. Torres-Burgos (20) count(s) 1, Lazaro Burges-Reyes (21) count(s) 1, Angel M. Cruz (22) count(s) 1 , Jose A. Torres-Burgos (20) count(s) 1s, Lazaro Burges-Reyes (21) count(s) 1s, Angel M. Cruz (22) count(s) 1s (JMD) (Entered: 05/27/2003) |
| 05/13/2003 | 125 | CJA 20 Authorization to pay Glenn Edward Murray for defendant Edwin Cruz , Amount: $ 477.00 Voucher # 030318000166 (Signed by USMJ Hugh B. Scott) (DLC) (Entered: 05/15/2003) |
| 06/26/2003 | 132 | ORDER OF DETENTION Pending Trial as to Carlos Benitez-Garcia ( Signed by USMJ Hugh B. Scott ) Notice and copy to Paul G. Dell, Joseph James Karaszewski US Marshal US Probation (JMD) (Entered: 06/27/2003) |
| 07/14/2003 | | Mail returned from Atty Angeloa Musitano enclosing Item No. 131 advising he does not represent Defendant Order refers to. (CMD) (Entered: 07/17/2003) |
| 07/17/2003 | | Copy of Item No. 131 sent to Attorney Nelson Torre re: Defendant Jose Santiago "Tiso" (CMD) (Entered: 07/17/2003) |
| 08/12/2003 | 149 | Status conference as to Carlos Benitez-Garcia, et al., discovery ongoing. All counsel agree to further adjournment. Case continued to 11/17/3 at 10:00am for further status conference. Time excluded. HBS (JMD) (Entered: 08/26/2003) |
| 08/12/2003 | | Deadline updated as to Carlos Benitez-Garcia, et al., to Continue in Interests of Justice Time Excluded from 8/12/3 to 11/17/3 , set Status Conference for 10:00am on 11/17/03 (JMD) (Entered: 08/26/2003) |
| 08/18/2003 | 146 | ORDER as to Carlos Benitez-Garcia, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Jose Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz, set Scheduling Conference for 10:00 am on 11/17/03. , to Continue in Interests of Justice Time Excluded from 8/12/3 to 11/17/3 ( Signed by USMJ Hugh B. Scott ) Notice and copy of order sent to Robert Convissar, J. Glenn |

| | | |
|---|---|---|
| 01/16/2004 | | (Court only) ***Excludable started as to Carlos Benitez-Garcia, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Jose Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz : (LMK, ) (Entered: 01/20/2004) |
| 01/16/2004 | | Set/Reset Deadlines/Hearings as to Carlos Benitez-Garcia, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Jose Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz : Discovery due by 5/14/2004. Defense Motions due by 6/30/2004. Government's Responses due by 8/5/2004. Oral Argument set for 8/16/04 at 10:00 a.m. with Judge Hugh B. Scott. (CMD) (Entered: 01/21/2004) |
| 01/21/2004 | 208 | SCHEDULING ORDER as to Carlos Benitez-Garcia, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Jose Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz: Discovery due by 5/14/2004. Motions due by 6/30/2004. Responses due by 8/5/2004. Oral Argument set for 8/16/2004 10:00 AM before Hon. Hugh B. Scott. Time excluded. Signed by Judge Hugh B. Scott on 1/21/04. (CMD) (Entered: 01/23/2004) |
| 01/21/2004 | | (Court only) ***Excludable started as to Carlos Benitez-Garcia, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Jose Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz : (CMD) (Entered: 01/23/2004) |
| 05/06/2004 | 226 | Document unsealed and filed as document 233 pursuant to Minutes dated 6/2/04 (JMD, ) Modified on 6/15/2004 (JMD, ). (Entered: 05/12/2004) |
| 05/06/2004 | 233 | SECOND SUPERSEDING INDICTMENT as to Carlos Benitez-Garcia (1) count(s) 1ss, 2ss, Jose Borea (2) count(s) 1ss, 2ss, 3ss, Joel Navarro (3) count(s) 1ss, Jose Castro (4) count(s) 1ss, Jose Santiago (5) count(s) 1ss, Ismael Colon (6) count(s) 1ss, 4ss, Oscar Romero (7) count(s) 1ss, 2ss, Edwin Cruz (8) count(s) 1ss, Manuel Garcia (9) count(s) 1ss, Arlene Burgos (10) count(s) 1ss, Aramis Ramirez (11) count(s) 1ss, Jose Santiago (12) count(s) 1ss, Ezequiel Rodriguez (13) count(s) 1ss, Aneudi Gomez (14) count(s) 1ss, 3ss, Jose R. Masso-DeJesus (15) count(s) 1ss, 3ss, Pedro DeJesus (16) count(s) 1ss, Omar Lao (17) count(s) 1ss, Daniel Rivera (18) count(s) 1ss, 5ss, 6ss, Lizbelia Cruz (19) count(s) 1ss, Jose A. Torres-Burgos (20) count(s) 1ss, Lazaro Burges-Reyes (21) count(s) 1ss, Angel M. Cruz (22) count(s) 1ss, Juan Elvin Casillas (23) count(s) 1, Ricardo Rodriguez (24) count(s) 1, Randolph Chi (25) count(s) 1, Luis Pena (26) count(s) 1, |

| | | |
|---|---|---|
| | | Miguel A. Pena Jr. (27) count(s) 1. (JMD, ) (Entered: 06/15/2004) |
| 06/03/2004 | 231 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Carlos Benitez-Garcia (Karaszewski, Joseph) (Entered: 06/03/2004) |
| 06/07/2004 | 236 | Minute Entry for proceedings held before Judge Hugh B. Scott :Arraignment on superseding indictment as to Carlos Benitez-Garcia (1) Count 1ss,2ss held on 6/7/2004. Defendant advised of charges potential penalties and rights. Not guilty plea entered. Paul Dell, Esq. remains as assigned counsel. Schedule currently in place. (JMD, ) (Entered: 06/15/2004) |
| 06/07/2004 | 252 | Minute Entry for proceedings held before Judge Richard J. Arcara as to Deft Carlos Garcia-Benitez held on 6/7/2004. Plea proceedings originally scheduled for today, however, Deft requires additional time to consider the plea offer. The Govt informs the Court that Deft needs to be arraigned on the Second Superseding Indictment. The District Court directs the Govt to have Deft arraigned before the Magistrate Judge. All other discovery proceedings to be handled by the Magistrate Judge. (Court Reporter Darlene Jerge.) (DJD, ) (Entered: 07/21/2004) |
| 06/24/2004 | 247 | Sealed Document as to Carlos Benitez-Garcia, et al.,(JMD, ) (Entered: 06/24/2004) |
| 07/12/2004 | | (Court only) ***Staff Notes as to Carlos Garcia-Benitez: Corrected spelling of last name for Carlos Benitez-Garcia to Carlos Garcia-Benitez pursuant to Kea from the US Attorney's Office. (DLC) (Entered: 07/12/2004) |
| 09/07/2004 | 264 | Minute Entry for proceedings held before Judge Hugh B. Scott :Status Conference as to Joel Navarro, Jose Castro, Jose Santiago, Angel M. Cruz, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Randolph Chi, Luis Pena, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Carlos Garcia-Benitez, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Miguel A. Pena Jr. held on 9/7/2004. Parties engaged in voluntary discovery. Time excluded. Nelson Torre, Esq. & Noemi Fernandez, Esq. have filed motions. Government will respond to all filed motions at one time. Status Conference set for 11/22/2004 10:00 AM before Hon. Hugh B. Scott. (LMK, ) (Entered: 09/14/2004) |
| 09/07/2004 | | (Court only) ***Excludable started as to Joel Navarro, Jose Castro, Jose Santiago, Angel M. Cruz, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Randolph Chi, Luis Pena, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Carlos Garcia-Benitez, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Miguel A. Pena Jr.: (LMK, ) (Entered: 09/14/2004) |
| 11/22/2004 | | Minute Entry for proceedings held before Judge Hugh B. Scott :Scheduling Conference as to Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel |

| | | |
|---|---|---|
| | | Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Pedro DeJesus, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz held on 11/22/2004 Discovery due by 12/10/2004. Defense motions due 3/18/05; Government response due 4/18/05; any replies to response due 4/27/05. Oral argument set for 5/4/05 at 10:00 am. Time excluded. (LMK, ) (Entered: 03/01/2005) |
| 04/26/2005 | | E-Filing Correction: [294] MOTION to be refiled to properly specify reliefs requested (JDK, ) (Entered: 04/27/2005) |
| 04/28/2005 | 296 | MOTION for Extension of Time to File Response/Reply by USA as to Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz. (Karaszewski, Joseph) (Entered: 04/28/2005) |
| 05/02/2005 | | NOTICE for Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz >>>>>>> THAT THE ORAL ARGUMENT PRESENTLY SCHEDULED FOR MAY 4, 2005 AT 10:00 AM IS ADJOURNED. A WRITTEN ORDER WILL FOLLOW GRANTING THE GOVERNMENT'S REQUEST FOR SUCH ADJOURNMENT AND RESETTING THE NEW ORAL ARGUMENT DATE. (LMK, ) (Entered: 05/02/2005) |
| 05/09/2005 | 298 | MOTION for Joinder by Luis Pena as to Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz. (Blotnik, Michael) (Entered: 05/09/2005) |
| 05/12/2005 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Juan Elvin Casillas, et al., Responses due by 5/20/2005 Motion Hearing set for 5/27/2005 02:00 PM before Hon. Hugh B. Scott. (JDK, ) (Entered: 05/13/2005) |
| 05/13/2005 | 300 | ORDER granting 296 Motion for Extension of Time to File Response/Reply as to Carlos Garcia-Benitez et al., governments response due 5/20/05, oral argument set for 5/27/05 at 2:00pm. Signed by Judge Hugh B. Scott on 5/11/05. (JDK, ) (Entered: 05/13/2005) |

| | | |
|---|---|---|
| 06/06/2005 | 304 | MEMORANDUM IN OPPOSITION *(Govt's Supplemental Response to Omnibus Motions)* by USA as to Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz (Karaszewski, Joseph) (Entered: 06/06/2005) |
| 07/25/2005 | 308 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT OF THE ORDER**<br><br>Decision & Order with respect to the discovery issues contained in motions Nos. 244, 249, 286, 287, 290, 294, 295, 297, 298, 299 and 302.<br><br>So Ordered. Signed by Judge Hugh B. Scott on 7/25/05.(JRA) (Entered: 07/25/2005) |
| 07/25/2005 | 309 | **REPORT & RECOMMENDATIONS OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**Report & Recommendations with respect to suppression issues raised in motions Nos. 244, 249, 286, 287, 290, 294, 295, 297, 298, 299 and 302. Signed by Judge Hugh B. Scott on 7/25/05.(JRA) (Entered: 07/25/2005)** |
| 08/22/2005 | | NOTICE OF STATUS CONFERENCE to be held before Magistrate Judge Hugh B. Scott on August 25, 2005 at 2:00 pm as to all defendants. (LMK, ) (Entered: 08/22/2005) |
| 08/25/2005 | | Minute Entry for proceedings held before Judge Hugh B. Scott :Status Conference as to Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz held on 8/25/2005. JUDGE ARCARA issued a Decision & Order adopting this Court's Report & Recommendation, and further referred the matter back to this Court for suppression hearing relative to defts #3,5 and 18. Motions to be filed by 9/1/05; Government to file response by 9/16/05; any reply to response shall be filed by 9/22/05 and oral argument will be heard on 9/23/05 at 2:30 pm. Time excluded. FURTHER, Robert Goldstein, Esq. has filed a motion for a bail status. Govt to respond to this motion by 9/26/05; hearing set for 9/26/05 at 2:30 pm. APPEAR J. Karaszewski, AUSA; A. Hoffman, R. Convissar, D. Jay, R. Goldstein, N. Fernandez, M. Blotnik, (& for M. O'Rourke) (LMK, ) (Entered: 08/26/2005) |

| | | |
|---|---|---|
| 03/03/2006 | 362 | MOTION to Set Trial Date by USA as to Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Aneudi Gomez, Jose R. Masso-DeJesus, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz. (Karaszewski, Joseph) (Entered: 03/03/2006) |
| 03/06/2006 | | NOTICE OF MEETING TO SET TRIAL DATE as to Defts Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Aneudi Gomez, Jose R. Masso-DeJesus, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz. A Meeting to Set a Trial Date is scheduled for 3/8/2006 09:00 AM before Hon. Richard J. Arcara. (DJD, ) (Entered: 03/06/2006) |
| 03/08/2006 | | Minute Entry for proceedings held on 3/8/2006 before Judge Richard J. Arcara as to Defts Carlos Garcia-Benitez, Jose Castro, Jose Francisco Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Luis Santiago, Aneudi Gomez, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burgos-Reyes, Angel M. Cruz, Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena and Miguel A. Pena, Jr. Meeting to Set Trial Date is held. Jury Selection scheduled for 10/11/2006 at 09:30 AM. (Trial proof to commence on 10/12/2006). Final Pretrial Conference scheduled for 10/5/2006 at 02:00 PM. Time is excluded; Govt to submit Speedy Trial Order. The Court directs all Defts to file an affidavit by 3/31/2006 as to the speedy trial waiver. Plea dates have been scheduled for the following Defts: Arlene Burgos for 5/5/2006 at 09:00 AM; Ricardo Rodriguez for 5/22/2006 at 09:00 AM; Daniel Rivera for 5/23/2006 at 03:00 PM. Deft Jose Luis Santiago has filed a motion for new counsel; the return date on the motion is scheduled for 3/15/2006 at 09:00AM. The Court schedules a status conference for 3/15/2006 at 09:00 AM for Defts Oscar Romero, Aramis Ramirez, Aneudi Gomez, Lizbelia Cruz and Miguel A. Pena, Jr. whose attorneys were not present at today's proceedings. Appearances: Govt - Joseph Karaszewski; Defts - Paul Dell (for Carlos Garcia-Benitez), No appearance (for Jose Castro), Angelo Musitano (for Jose Francisco Santiago), Michael Stachowski (for Ismael Colon), No appearance (for Oscar Romero), Glenn Edward Murray (for Edwin Cruz), Jeremy Schwartz appearing for Thomas Eoannou (for Manuel Garcia), Alan Hoffman (for Arlene Burgos), No appearance (for Aramis Ramirez), Robert Goldstein (for Jose Luis Santiago), No appearance (for Aneudi Gomez), Michael Stuermer appearing for Paul Cambria (for Daniel Rivera), No appearance (for Lizbelia Cruz), Andrew LoTempio (for Jose A. Torres-Burgos), J. Glenn Davis (for Lazaro Burgos-Reyes), Robert Convissar (for Angel M. Cruz), David Cotter (for Juan Elvin Casillas),Patrick Brown (for Ricardo Rodriguez), David Jay (for Randolph Chi), Michael Blotnik (for Luis Pena) and Patrick Brown appearing for Sunil Bakshi (for Miguel A. Pena, Jr.); Interpreter present (not |

| | | |
|---|---|---|
| | | sworn) - Coralia Hetzner (Spanish).(Court Reporter Yvonne Garrison.) (DJD, ) (Entered: 04/11/2006) |
| 03/15/2006 | 366 | ORDER TO CONTINUE - Ends of Justice as to Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz Time excluded from 3/9/2006 until 10/11/2006. . Signed by Judge Richard J. Arcara on 3/14/2006. (Baker, J.) (Entered: 03/15/2006) |
| 03/15/2006 | | Copy of Order Modifying Conditions of Release as to Jose Santiago e-filed 3/15/06 forwarded to USPO (JDK, ) (Entered: 03/16/2006) |
| 04/27/2006 | 383 | AFFIDAVIT by Carlos Garcia-Benitez (Dell, Paul) (Entered: 04/27/2006) |
| 10/16/2006 | 433 | PLEA AGREEMENT as to Carlos Garcia-Benitez (JDK, ) (Entered: 10/18/2006) |
| 10/16/2006 | | Minute Entry for proceedings held 10/16/2006 before Judge Richard J. Arcara as to Deft Carlos Garcia-Benitez (1). Change of Plea is held. Deft pleads guilty to Count 1 of the Second Superseding Indictment (Count 1ss). Sentencing set for 2/14/2007 at 12:30 PM. Deft is remanded to the custody of the U.S. Marshal's Service pending sentencing. The following schedule is established for the submission of sentencing papers: initial presentence report due by 12/29/2006; statement of parties with respect to sentencing factors, objections and motions due by 1/22/2007; responses to objections or motions due by 1/31/2007; final presentence report due by 2/7/2007; sentencing memorandum and/or letters in support of the Deft due by 2/7/2007. Appearances: Govt - Joel Violanti; Deft - Paul Dell; USPO - No appearance. (Court Reporter Yvonne Garrison.) (DJD, ) (Entered: 11/11/2006) |
| 10/20/2006 | 440 | NOTICE OF ATTORNEY APPEARANCE Joel L. Violanti appearing for USA. (Violanti, Joel) (Entered: 10/20/2006) |
| 10/23/2006 | | Attorney update in case as to Juan Elvin Casillas, et al.,. Attorney Joel L. Violanti for USA added. Attorney Joseph J. Karaszewski terminated. (JDK, ) (Entered: 10/23/2006) |
| 01/18/2007 | 469 | STATEMENT WITH RESPECT TO SENTENCING FACTORS by Luis Pena as to Juan Elvin Casillas, Ricardo Rodriguez, Randolph Chi, Luis Pena, Miguel A. Pena, Jr, Carlos Garcia-Benitez, Jose Borea, Joel Navarro, Jose Castro, Jose Santiago, Ismael Colon, Oscar Romero, Edwin Cruz, Manuel Garcia, Arlene Burgos, Aramis Ramirez, Jose Santiago, Ezequiel Rodriguez, Aneudi Gomez, Jose R. Masso-DeJesus, Pedro DeJesus, Omar Lao, Daniel Rivera, Lizbelia Cruz, Jose A. Torres-Burgos, Lazaro Burges-Reyes, Angel M. Cruz (Blotnik, Michael) (Entered: 01/18/2007) |

| | | |
|---|---|---|
| 01/22/2007 | 475 | MOTION to Adjourn Sentencing by USA as to Carlos Garcia-Benitez. (Violanti, Joel) (Entered: 01/22/2007) |
| 01/26/2007 | | E-Filing Notification: [487] STATEMENT WITH RESPECT TO SENTENCING FACTORS by USA (Violanti, Joel) Modified filer on 1/26/2007 (SG, )., [486] STATEMENT WITH RESPECT TO SENTENCING FACTORS by USA (Violanti, Joel) Modified filer on 1/26/2007 (SG, )., [488] STATEMENT WITH RESPECT TO SENTENCING FACTORS by USA (Violanti, Joel) **Modified filer on 1/26/2007** (SG, ). (SG) (Entered: 01/26/2007) |
| 02/14/2007 | 508 | ORDER granting 475 Motion to Adjourn sentencing as to Carlos Garcia-Benitez (1). Signed by Judge Richard J. Arcara on 2/14/2007. (Baker, J.) (Entered: 02/14/2007) |
| 02/14/2007 | | Set/Reset Deadlines/Hearings as to Carlos Garcia-Benitez: The filing of any motions, including any U.S.S.G. ?5K1.1 motion is to be filed on or before May 16, 2007,letters and/or a sentencing memorandum in support of the defendant are to be filed by May 18, 2007. Motion papers in support of this motion are to be sealed. Sentencing set for 5/25/2007 12:30 PM before Hon. Richard J. Arcara. (Baker, J.) (Entered: 02/14/2007) |
| 02/14/2007 | 509 | Sealed Document as toCarlos Garcia-Benitez. (JDK, ) (Entered: 02/14/2007) |
| 05/10/2007 | 572 | MOTION to Adjourn sentencing by USA as to Carlos Garcia-Benitez. (Violanti, Joel) (Entered: 05/10/2007) |
| 05/23/2007 | | TEXT ORDER as to Deft Carlos Garcia-Benitez (1). The government has filed 572 a Motion requesting adjournment of the 5/25/2007 sentencing. ORDERED, that the sentencing is adjourned to 7/23/2007 at 12:30 PM. The schedule for the submission of sentencing papers is amended as follows: statement of parties with respect to sentencing factors, objections and motions (including a motion pursuant to Guidelines Section 5K1.1, and/or a motion for adjournment of the sentencing date) due on or before 6/29/2007; responses to objections or motions due on or before 7/9/2007; final presentence report due on or before 7/16/2007; sentencing memorandum and/or letters in support of the Deft due on or before 7/16/2007. The parties are to adhere to all due dates. Signed by Judge Richard J. Arcara on May 23, 2007.(DJD, ) (Entered: 05/23/2007) |
| 05/23/2007 | | Set/Reset Deadlines/Hearings as to Carlos Garcia-Benitez: Sentencing set for 7/23/2007 12:30 PM before Hon. Richard J. Arcara. (JDK, ) (Entered: 05/24/2007) |
| 05/24/2007 | 584 | Sealed Document as toCarlos Garcia-Benitez. (JDK, ) (Entered: 05/25/2007) |
| 06/22/2007 | 596 | STATEMENT WITH RESPECT TO SENTENCING FACTORS by Carlos Garcia-Benitez (Dell, Paul) (Entered: 06/22/2007) |
| 07/06/2007 | 597 | MOTION for Downward Departure by USA as to Carlos Garcia-Benitez. (Violanti, Joel) (Entered: 07/06/2007) |

| | | |
|---|---|---|
| 07/23/2007 | 599 | STATEMENT WITH RESPECT TO SENTENCING FACTORS by USA as to Carlos Garcia-Benitez (Violanti, Joel) (Entered: 07/23/2007) |
| 07/23/2007 | | Minute Entry for proceedings held before Judge Richard J. Arcara :Sentencing held on 7/23/2007 for Carlos Garcia-Benitez (1), Count(s) 1, 1s, 2, 2s, 2ss, 3s, dismissed; The Court accepts the terms and conditions of the plea agreement and the plea of guilty. The Presentence Investigation Report is placed in the record under seal. If an appeal is filed, counsel on appeal will be permitted access to the sealed report, except that counsel on appeal will not be permitted access to the recommendation section. Count(s) 1ss, Court sentenced Defendant to the Custody of the Bureau of Prisons for a term of 63 months; Upon release from imprisonment defendant is be placed on 5 years Supervised Release with standard and special conditions; fine waived; Defendant shall pay $100.00 mandatory assessment. Defendant remanded. Appearances: Govt. - Joel Violanti, Def. - Paul Dell, USPO - David Ball (Court Reporter Janet Curry.)(JBS) (Entered: 07/31/2007) |
| 07/24/2007 | 601 | Sealed Document/Affidavit as to CarlosGarcia-Benitez. (JDK) (Entered: 07/25/2007) |
| 07/25/2007 | 603 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Carlos Garcia-Benitez (JDK) (Entered: 07/25/2007) |
| 07/25/2007 | 604 | Sealed Document/Notice of Motion as toCarlos Garcia-Benitez. (JDK) (Entered: 07/25/2007) |
| 07/25/2007 | 605 | Sealed Document/Sentencing Memorandum as toCarlos Garcia-Benitez. (JDK) (Entered: 07/25/2007) |
| 07/25/2007 | 606 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Carlos Garcia-Benitez (JDK) (Entered: 07/25/2007) |
| 07/25/2007 | | (Court only) ***Staff Notes as to Carlos Garcia-Benitez:, Documents No. 603 and 606 are identical presentence reports except document No. 603 is missing page No. 2(JDK) (Entered: 07/25/2007) |
| 08/07/2007 | 613 | TRANSCRIPT of Proceedings as to Carlos Garcia-Benitez held on 10/16/06 before Judge Richard J. Arcara. Court Reporter: Yvonne Garrison, 36 pages. (JDK) (Entered: 08/07/2007) |
| 08/30/2007 | 614 | JUDGMENT as to Carlos Garcia-Benitez (1). Additional certified copies forwarded to USPO, USM, US Attorney, Debt Collection, Financial Department.. Signed by Judge Richard J. Arcara on 8/29/07.(JDK) (Entered: 08/30/2007) |
| 09/19/2007 | 617 | TRANSCRIPT of Proceedings as to Carlos Garcia-Benitez held on 7/23/07 before Judge Richard J. Arcara. Court Reporter: Yvonne Garrison, 13 pages. (JDK) (Entered: 09/19/2007) |
| 10/26/2007 | 624 | CJA 20 as to Carlos Garcia-Benitez: Authorization to Pay Paul Dell. Amount: $ 11,170.20, Voucher # 030326000142.. Signed by Judge Richard J. Arcara on 9/18/07.(JDK) (Entered: 10/26/2007) |

| | | |
|---|---|---|
| 01/15/2008 | 629 | ORDER MODIFYING CONDITIONS OF SUPERVISION as to Carlos Garcia-Benitez. Signed by Judge Richard J. Arcara on 1/14/2008. (DLC) (Entered: 01/15/2008) |
| 02/21/2008 | 635 | Probation Jurisdiction Transferred to Northern District of Illinois as to Carlos Garcia-Benitez Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, plea and docket sheet. (DLC) (Entered: 02/21/2008) |
| 02/21/2008 | | Remark - Copy of 635 Transfer of Jurisdiction forwarded to USPO. (DLC) (Entered: 02/21/2008) |