08CR 0091

PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

MAGISTRATE JUDGE MASON

JUDGE MORAN

DOCKET NUMBER (Tran. Court)
03 CR 00033 001

DOCKET NUMBER (Rec. Court)

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE
Carlos Garcia-Benitez
1739 N. Karlov Avenue
Chicago, Illinois 60639

FILED
2-26-08
FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
JAN 22 2008
PROBATION OFFICE

DISTRICT
Western District of New York

DIVISION
Buffalo

NAME OF SENTENCING JUDGE
Richard J. Arcara, Chief U.S. District Judge

DATES OF PROBATION/ SUPERVISED RELEASE

| FROM | TO |
|---|---|
| 09/10/07 | 09/09/12 |

OFFENSE
Conspiracy to Possess with Intent to Distribute and to Distribute 5 Kilograms or More of Cocaine and 1 Kilogram or More of Heroin in violation of T21:841(a)(1), §841(b)(1)(A), and §851, all in violation of T21:846.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF New York

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.

Jan. 15, 2008
DATE

Richard J. Arcara
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

DOCKETED
FEB 28 2008

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DOCKETED
FEB 28 2008

JAN 30 2008
EFFECTIVE DATE

James F. Holderman
UNITED STATES DISTRICT JUDGE

FILED
2-26-08
FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUN 19 2008

2/20/08
Denise Colli

2