MASON, TERMED

**United States District Court**
**Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)**
**CRIMINAL DOCKET FOR CASE #: 1:08-cr-00094 All Defendants**
**Internal Use Only**

Case title: USA v. Garcia-Benitez
Other court case number: 03 CR 0033-001 USDC WD/NY - Buffalo

Date Filed: 01/31/2008
Date Terminated: 01/31/2008

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUN 1 9 2008

Assigned to: Honorable James B. Moran

**Defendant (1)**

**Carlos Garcia-Benitez**
*TERMINATED: 01/31/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500

Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**

.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2008 | | (Court only) ***Set/Clear Flags as to Carlos Garcia-Benitez to Magistrate Judge Mason & Case Termed. (meg, ) (Entered: 02/06/2008) |
| 01/31/2008 | 1 | PROBATION 22 Form as to Carlos Garcia-Benitez accepting jurisdiction from USDC WD/NY - Buffalo, Case number 03 CR 00033-001. Mailed certified copy of transfer form with letter requesting file to USDC WD/NY - Buffalo. (REDACTED) (meg, ) (Entered: 02/11/2008) |
| 02/26/2008 | 2 | TRANSFER of Jurisdiction for Supervision of Release as to Carlos Garcia-Benitez from Western District of New York (Buffalo), Case no. 03 CR 33: Received certified copies of plea agreement, Second superseding indictment, judgment and docket sheet (Redacted image). (las, ) (Entered: 02/28/2008) |
| 06/02/2008 | 3 | PROBATION Jurisdiction Transferred to Dist. of RI - Providence as to Carlos Garcia-Benitez Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (REDACTED) (meg, ) (Entered: 06/05/2008) |
| 06/19/2008 | 4 | CERTIFIED and Transmitted to Dist. of RI - Providence the complete record consisting of transmittal letter; certified copies of transfer of jurisdiction, docket sheet, indictment, judgment & commitment order as to Carlos Garcia-Benitez. Sent via certified mail receipt number: 7006 0100 0001 7313 2838. (meg, ) (Entered: 06/19/2008) |