# *IN THE DISTRICT COURT OF THE UNITED STATES*
## *for the Western District of New York*

NOVEMBER 2002 GRAND JURY
(Impaneled 11/08/02)

**THE UNITED STATES OF AMERICA**

*-vs-*

**CARLOS GARCIA-BENITEZ**
**a/k/a JOEL GONZALEZ**
**a/k/a "Yani" [1],**
**JOSE BOREA a/k/a "Choco" [2],**
**JOEL NAVARRO [3],**
**JOSE CASTRO [4],**
**JOSE FRANCISCO SANTIAGO a/k/a "Woofer" [5],**
**ISMAEL COLON [6],**
**OSCAR ROMERO a/k/a "Oscarito" [7],**
**EDWIN CRUZ [8],**
**MANUEL GARCIA a/k/a "Don Bicho" [9],**
**ARLENE BURGOS [10],**
**ARAMIS RAMIREZ [11],**
**JOSE LUIS SANTIAGO a/k/a "Tiso" [12],**
**EZEQUIEL RODRIGUEZ a/k/a JOSE RODRIGUEZ**
**a/k/a "Labesa" a/k/a "Cabesa" [13],**
**ANEUDI GOMEZ [14],**
**JOSE R. MASSO-DeJESUS [15],**
**PEDRO DeJESUS [16],**
**OMAR LAO [17],**
**DANIEL RIVERA [18],**
**LIZBELIA CRUZ a/k/a "Lizi" [19],**
**JOSE A. TORRES-BURGOS [20],**
**LAZARO BURGOS REYES a/k/a "Nito" [21],**
**ANGEL M. CRUZ a/k/a "Brinky" [22],**
**JUAN ELVIN CASILLAS a/k/a "Gordo" [23],**
**RICARDO RODRIGUEZ a/k/a "Ricky" a/k/a "Congo" [24],**
**RANDOLPH CHI [25],**
**LUIS PENA a/k/a "Pee Wee" [26], and**
**MIGUEL A. PENA, JR. a/k/a "Mickey" [27],**

**Defendants.**

# SECOND SUPERSEDING INDICTMENT

## 03-CR-33-A

**Violations:**
Title 21, United States Code, Sections 841(a)(1), 846, 853(a)(1) and 853(a)(2); Title 18, United States Code, Section 2.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUN 1 9 2008

5/6/04
Denise Collin

**COUNT 1**

**The Grand Jury Charges that:**

Between in or about August 2002, the exact date being unknown, and on or about February 13, 2003, in the Western District of New York, and elsewhere, the defendants, CARLOS GARCIA-BENITEZ a/k/a JOEL GONZALEZ a/k/a "Yani," JOSE BOREA a/k/a "Choco," JOEL NAVARRO, JOSE CASTRO, JOSE FRANCISCO SANTIAGO a/k/a "Woofer," ISMAEL COLON, OSCAR ROMERO a/k/a "Oscarito," EDWIN CRUZ, MANUEL GARCIA a/k/a "Don Bicho," ARLENE BURGOS, ARAMIS RAMIREZ, JOSE LUIS SANTIAGO a/k/a "Tiso," EZEQUIEL RODRIGUEZ a/k/a JOSE RODRIGUEZ a/k/a "Labesa" a/k/a "Cabesa," ANEUDI GOMEZ, JOSE R. MASSO-DeJESUS, PEDRO DeJESUS, OMAR LAO, DANIEL RIVERA, LIZBELIA CRUZ a/k/a "Lizi," JOSE A. TORRES-BURGOS, LAZARO BURGOS REYES a/k/a "Nito," ANGEL M. CRUZ a/k/a "Brinky," JUAN ELVIN CASILLAS a/k/a "Gordo," RICARDO RODRIGUEZ a/k/a "Ricky" a/k/a "Congo," RANDOLPH CHI, LUIS PENA a/k/a "Pee Wee" and MIGUEL A. PENA, JR. a/k/a "Mickey," did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to commit offenses against the United States, that is, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(A), and to possess with intent to distribute, and to distribute, 1 kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

**COUNT 2**

**The Grand Jury Further Charges that:**

On or about November 16, 2002, in the Western District of New York, the defendants, CARLOS GARCIA-BENITEZ a/k/a JOEL GONZALEZ a/k/a "Yani," JOSE BOREA a/k/a "Choco" and OSCAR ROMERO a/k/a "Oscarito," did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

**COUNT 3**

**The Grand Jury Further Charges that:**

On or about February 5, 2003, in the Western District of New York, the defendants, JOSE BOREA a/k/a "Choco," ANEUDI GOMEZ and

JOSE R. MASSO-DeJESUS, did knowingly, intentionally and unlawfully possess with intent to distribute and distribute 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 4**

**The Grand Jury Further Charges that:**

On or about February 13, 2003, in the Western District of New York, the defendant, ISMAEL COLON, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 5**

**The Grand Jury Further Charges that:**

On or about February 13, 2003, in the Western District of New York, the defendant, DANIEL RIVERA, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing cocaine, a Schedule II controlled

substance; all in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 6 - FORFEITURE**

**The Grand Jury further Charges That:**

From his conviction of any of the aforementioned violations charged in Counts 1 or 5 of this Second Superseding Indictment, DANIEL RIVERA, shall forfeit to the United States of America any and all property constituting or derived from, any proceeds obtained, directly or indirectly, as a result of said controlled substance violations pursuant to Title 21, United States Code, Section 853(a)(1) and all property used or intended to be used, in any manner or part, to commit or facilitate the commission of said controlled substance violations pursuant to Title 21, United States Code, Section 853(a)(2), including, but not limited to the following:

1. **Currency**

a. The sum of $20,252 United States currency seized by the Drug Enforcement Administration on February 13, 2003.

b. The sum of $2,450 United States currency seized by the Drug Enforcement Administration on February 13, 2003.

All pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).

DATED: Buffalo, New York, May 6, 2004.

MICHAEL A. BATTLE
United States Attorney

BY: **S/JOSEPH J. KARASZEWSKI**
JOSEPH J. KARASZEWSKI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5837
Joseph.J.Karaszewski@usdoj.gov

A TRUE BILL:

**S/MELVA D. VISHER**
FOREPERSON