UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

February 8, 2008

Mr. Rodney C. Early, Clerk
United States District Court
304 United States Courthouse
68 Court Street
Buffalo, NY 14202-3328

RECEIVED
FEB 14 2008
CLERK, USDC WDNY

Dear Clerk:

**Re: 03 CR 00033-001 - USA v. Carlos Garcia-Benitez - Judge Richard J. Acara**

Our Case Number: 08 CR 94 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: ____________________
Marsha E. Glenn
Deputy Clerk

Enclosure